UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHELLY J. SMITH,<br>                        Plaintiff,<br>   v.<br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br>                        Defendant. | Case No. 3:15-cv-00218-LRH-(VPC)<br><br>ORDER |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (ECF No. 18) entered on February 18, 2016, recommending denying Plaintiff's Motion for Remand and/or Reversal (ECF No. 9) entered on August 20, 2015, and granting Defendant's Cross-Motion to Affirm (ECF No. 12) entered on October 14, 2015. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 18) entered on February 18, 2016, should be adopted and accepted.

///

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 18) entered on February 18, 2016, is adopted and accepted, and Plaintiff's Motion for Remand and/or Reversal (ECF No. 9) is DENIED.

IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm (ECF No. 12) is GRANTED.

IT IS SO ORDERED.

DATED this 11th day of March, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE