AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**** DISTRICT OF   NEVADA

SHELLY J. SMITH,

     Plaintiff,

v.

CAROLYN W. COLVIN, et al.,

     Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:15-cv-00218-LRH-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Cross-Motion to Affirm (ECF No. 12) is **granted.**

March 11, 2016 *nunc pro tunc*          **LANCE S. WILSON**
                                        Clerk

                                        /s/ K. Rusin
                                        Deputy Clerk